```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00862
   CECIL EUGENE TEMPLE
   TIFFANY L TEMPLE                            CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2096    SSN XXX-XX-7865

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/15/2008 and was confirmed 03/10/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          542.76            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED          818.89            .00             .00
COMMONWEALTH EDISON        UNSECURED          551.87            .00             .00
SAXON MORTGAGE SERVICES    CURRENT MORTG     1479.36            .00         1479.36
SAXON MORTGAGE SERVICES    MORTGAGE ARRE   11814.00             .00             .00
COOK COUNTY TREASURER      SECURED          2000.46             .00             .00
DELL FINANCIAL SERVICES    SECURED NOT I     344.64             .00             .00
DELL FINANCIAL SERVICES    UNSECURED        1277.71             .00             .00
T MOBILE                   UNSECURED          683.68            .00             .00
HSBC/TAX                   UNSECURED         1332.80            .00             .00
CAPITAL ONE AUTO FINANCE   UNSECURED       28433.51             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          722.87            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1127.42            .00             .00
PREMIER BANCARD CHARTER    UNSECURED          449.67            .00             .00
HELEN WILLIS               NOTICE ONLY     NOT FILED            .00             .00
CERISE SPIVEY              NOTICE ONLY     NOT FILED            .00             .00
PATRICIA JACKSON           NOTICE ONLY     NOT FILED            .00             .00
BNSF RAILWAY CREDIT UNIO   UNSECURED       NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          828.64            .00             .00
ADT SECURITY SYSTEMS       UNSECURED       NOT FILED            .00             .00
CHECK N GO                 UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED          560.00            .00             .00
DIRECT TV                  UNSECURED       NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          600.25            .00             .00
ECAST SETTLEMENT CORP      UNSECURED          446.97            .00             .00
ECAST SETTLEMENT CORP      UNSECURED         1003.18            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00             .00
RENT A CENTER              UNSECURED       NOT FILED            .00             .00
SALUTE                     UNSECURED       NOT FILED            .00             .00
SME PATHOLOGISTS SC        UNSECURED       NOT FILED            .00             .00
T MOBILE                   UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED          826.34            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00862 CECIL EUGENE TEMPLE & TIFFANY L TEMPLE
```

```
MELVIN J KAPLAN           DEBTOR ATTY    3,500.00                         .00
TOM VAUGHN                TRUSTEE                                      128.64
DEBTOR REFUND             REFUND                                          .00

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    1,608.00

PRIORITY                                               .00
SECURED                                           1,479.36
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                128.64
DEBTOR REFUND                                          .00
                         ---------------     ---------------
TOTALS                     1,608.00            1,608.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/19/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE